UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN MOEN,<br><br>       Plaintiff,<br><br>    -against-<br><br>CVS PHARMACY, INC., and CVS ALBANY LLC,<br><br>       Defendants. | 23-CV-6193 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The final pretrial conference in this matter is adjourned *sine die*. The Court will reschedule the conference once summary judgment briefing is complete.

  SO ORDERED.

Dated: April 30, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge