UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN MOEN,

                Plaintiff,

-against-

CVS PHARMACY, INC., and CVS ALBANY, LLC,

                Defendant.

23-CV-6193 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The parties were required to file dispositive motions no later than August 16, 2024. Dkts. 26, 28. Neither party filed any motions nor requested an extension or time to do so. Accordingly, the parties should file a joint letter, no later than **August 22, 2024**, suggesting dates for trial in October or November 2024.

    SO ORDERED.

Dated: August 19, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge